

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Patrick Jermaine Edwards v. The State of Texas

Appellate case number:    01-16-00081-CR

Trial court case number:   1432930

Trial court:              185th District Court of Harris County

A jury convicted appellant, Patrick Jermaine Edwards, of the felony offense of burglary of a habitation with intent to commit theft, and the trial court assessed his punishment at confinement for forty years. Appellant filed a pro se notice of appeal. The State has filed a motion to dismiss the appeal for want of jurisdiction. We deny the motion.

The State first contends that the case should be dismissed because "appellant executed a valid waiver of the right to appeal pursuant to an agreement that the State would recommend a 40-year sentence." However, the trial court has executed a certification of appellant's right to appeal stating that this case "is not a plea-bargain case, and the defendant has the right of appeal for guilt/innocence only." Accordingly, the trial court has given appellant permission to appeal. *See Jones v. State*, No. 01-09-00267-CR, 2010 WL 5395682, at *3 (Tex. App.—Houston [1st Dist.] Dec. 30, 2010, no pet.) (mem. op., not designated for publication) (citing *Willis v. State*, 121 S.W.3d 400, 403 (Tex. Crim. App. 2003)).

The State next contends that this Court lacks jurisdiction because appellant did not timely file his notice of appeal. Appellant's notice of appeal was due to be filed no later than January 9, 2016. *See* TEX. R. APP. P. 26.1. Appellant filed his notice of appeal in the trial court on January 19, 2016, and a motion for extension of time to file his notice of appeal in this Court on January 22, 2016. *See id.* 26.3. On February 18, 2016, we granted the motion and extended the time to file appellant's notice of appeal to January 22, 2016.

Accordingly, the State's motion to dismiss the appeal for want of jurisdiction is denied.

It is so ORDERED.


Judge's signature:  /s/ <u>Russell Lloyd</u>
                         ☑  Acting individually

Date:  September 8, 2016